

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTIONS**

Cause number:     01-14-00361-CR

Style:     Blake Anthony Monakino v. The State of Texas

Date motions filed*:     June 14 and 15, 2016

Type of motions:     Letter-Motions to Remand and to Withdraw Appellate Attorney

Party filing motions:     Pro Se Appellant

Document to be filed:     N/A

Is appeal accelerated?     No.

Ordered that motions are:
  ☐ Granted
  ☐ Denied
  ☑ Dismissed (*e.g.*, want of jurisdiction, moot)
  ☑ Other: _____
  Because appellant is represented by counsel, his *pro se* letter-motions to remand to the
  trial court for time served, filed on June 14, 2016, and to withdraw his appellate
  attorney, filed on June 15, 2016, are **DISMISSED as moot**. *See Scheanette v. State*,
  144 S.W.3d 503, 505 n.2 (Tex. Crim. App. 2004) (no entitlement to hybrid
  representation). Appellant is directed to communicate directly with his counsel,
  Melissa Martin.

Judge's signature: /s/ Evelyn V. Keyes
            ☒ Acting individually

Date: June 28, 2016